RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC))
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0206
Facsimile: (202) 305-0275

*E-FILED - 9/8/08*

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HOMER T. MCCRARY, | Case No. 08-cv-1592-RMW |
| Plaintiff, | **STIPULATION TO TRANSFER ADMINISTRATIVE RECORD AND SUPPLEMENT TO ADMINISTRATIVE RECORD AND ORDER** |
| v. | Date: September 12, 2008 |
| CARLOS M. GUTIERREZ, ET AL., | Time: 9:00 a.m. & 10:30 a.m. |
| Defendants. | Judge: Hon. Ronald M. Whyte |
| | Courtroom 6, 4th Floor |

Pursuant to Civil Local Rules 7-11 and 7-12, Federal Defendants Carlos Gutierrez, United States Secretary of Commerce, the National Marine Fisheries Service ("NMFS"), and Russ M. Strach, NMFS Assistant Regional Administrator of the Protected Resources Division of the Southwest Region (collectively referred to as "NMFS"), joined by Plaintiff Homer McCrary, respectfully request that the Court transfer the paper copy of the administrative record and the supplement to the administrative record from the case file for *McCrary v. Gutierrez*, No. C 06-04174-JW (N.D. Cal. 2007) ("*McCrary I*") to the instant case. As grounds for the instant request, the parties agree and stipulate as follows:

1.  The *McCrary I* case involved the same parties and legal issues as the instant case.

*McCrary v. Gutierrez et al.*, Case No. 08-cv-1592-RMW
Stipulation to Transfer Administrative Record

The case was dismissed without prejudice in December 2007 for lack of jurisdiction due to a lack of 60-days written notice of Plaintiff's intent to sue, 16 U.S.C. § 1540(g)(2)(C). *See McCrary v. Gutierrez*, 528 F. Supp. 2d 995 (N.D. Cal. 2007). Plaintiff filed the instant lawsuit in March 2008 after providing written notice of his intent to sue.

2. In *McCrary I*, NMFS had filed a certified administrative record, in both electronic form (*i.e.*, on CD-Rom) and in paper form (consisting of three binders of documents), on or about November 27, 2006. *See* Dckt. Nos. 22-24. NMFS subsequently filed a supplement to the administrative record on February 22, 2007, in both electronic and paper form. *See* Dckt. Nos. 25-26.

3. On July 2, 2008, Plaintiff filed motion in the instant case to proceed on the administrative record and briefs from *McCrary I* (Dckt. No. 11).

4. NMFS filed an opposition to Plaintiff's motion on July 30, 2008, in which NMFS proposed an expedited litigation schedule for filing its answer, the administrative record, and new cross-motions for summary judgment. *See* Dckt. No. 20. In particular, NMFS proposed filing its administrative record in this case by August 15, 2008.

5. As it indicated it would do, on August 15, 2008, NMFS filed the administrative record in the above-captioned case. This administrative record is identical to the administrative record filed in *McCrary I*, save for the new case number and caption information. The administrative record in the instant case was filed in CD-Rom form only.

6. Given that the administrative records in *McCrary I* and the instant case are identical, the parties agree that transferring the paper copy of the administrative record and the supplement to the administrative record from *McCrary I* to the instant case is in the interest of justice, as it would conserve government resources by preventing NMFS from having to compile a new paper copy of the administrative record for filing in the instant case.

7. Although NMFS stipulates to the transfer the paper copy of the administrative record and the supplement to the administrative record from *McCrary I* to the instant case, NMFS continues to oppose transferring the summary judgment briefs from *McCrary I* to the instant case, and instead would prefer to file updated summary judgment briefs. *See* Dckt. No.

1  20.

2        8.    Wherefore, for the reasons set forth above, the parties hereby agree and stipulate
3  to the transfer of the paper copy of the original administrative record from *McCrary v. Gutierrez*,
4  No. C 06-04174-JW (N.D. Cal. 2007) (Dckt. Nos. 22-24), plus the paper copy of the supplement
5  to the administrative record (Dckt. Nos. 25-26) to the above-captioned case.

6        Respectfully submitted: August 19, 2008

7

8  /s/  Robert P. Williams
ROBERT P. WILLIAMS, Trial Attorney (SBN 474730 (DC))
U.S. Department of Justice
9  Environment & Natural Resources Division
Wildlife & Marine Resources Section
10  Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
11  Telephone: (202) 305-0206
Facsimile: (202) 305-0275
12
*Attorneys for Federal Defendants*
13

14
/s/  James L. Buchal
15  James L. Buchal OSB #92161
MURPHY & BUCHAL LLP
16  2000 S.W. First Avenue, Suite 420
Portland, OR  97201
17  Tel:  503-227-1011
Fax:  503-227-1034
18
*Attorney Pro Hac Vice for Plaintiff*
19

20

21        PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Clerk shall transfer the
22  paper copy of the original administrative record from *McCrary v. Gutierrez*, No. C 06-04174-JW
23  (N.D. Cal. 2007) (Dckt. Nos. 22-24), plus the paper copy of the supplement to the administrative
24  record (Dckt. Nos. 25-26) to the above-captioned case.

25

26  Dated: ~~August~~ September 8, 2008
27
                                            */s/ Ronald M. Whyte*
28                                         RONALD M. WHYTE
                                       U.S. District Judge

*McCrary v. Gutierrez et al.*, Case No. 08-cv-1592-RMW
Stipulation to Transfer Administrative Record     3